**Order entered September 9, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00584-CV

### MOHAMMED HARUN, ET AL., Appellants

### V.

### SHARIF RASHID, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-09394**

## ORDER

By order dated July 20, 2016, the Court granted appellants' motion for an extension of time to file the clerk's and reporter's records and extended the time to August 19, 2016. As of today's date, only the clerk's record has been filed. On August 23, 2016, the Court sent a letter instructing appellants to provide, within ten days, written verification that they have requested and paid for the reporter's record. This letter was sent in error and the parties are to disregard it.

It appears appellants have requested and paid for the reporter's record. Accordingly, we **ORDER** Stephanie Moses, Official Court Reporter for the 193rd Judicial District Court, to file the reporter's record by **SEPTEMBER 29, 2016**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Moses and counsel for all parties.

/s/ ELIZABETH LANG-MIERS
JUSTICE